NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of X.W., a child.

_____

C.W.,

       Appellant,

v.                             Case No.   2D18-1650

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

       Appellees.

_____

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Lee
County; Amy Hawthorne, Judge.

C.W., pro se.

Meredith K. Hall of Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.

Thomasina Moore, Statewide Director of
Appeals, Tallahassee, and Laura J. Lee,
Appellate Counsel, Sanford, for Appellee
Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.